# CIVIL MINUTE SHEET
# MOTION HEARING



**FILED**
4:30 pm, 5/11/07
**Stephan Harris**
**Clerk of Court**

☐ Telephonic

Date: 05/11/07

Time: 3:00 - 4:10

Case No.: 06-CV-191

FREDERICK SCHERR  VS  UNIVERSITY OF WYOMING et al

| Alan B. Johnson | Johnna Galik | Julie Hedelson | Lorelyn Hall |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Bruce Moats

Attorney(s) for Defendant(s): James Kaste, Corrine Rutledge

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
|  |  | Motions in Limine |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☑ Order to be prepared by   ☑ Court   ☐ Attorney _____
☐ Attorney _____   Admitted *pro hac vice*

Other proceedings