Corinne E. Rutledge
James Kaste
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FREDERICK P. SCHERR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 06-CV-191-J |
| ) | |
| UNIVERSITY OF WYOMING, an ) | |
| agency of the State of Wyoming, by ) | |
| and through its Board of Trustees, ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

COMES NOW Defendant, the University of Wyoming, by and through its Board of Trustees, and hereby objects to Plaintiff's Exhibits Nos. 1-22, on the grounds that none of these exhibits contain relevant evidence, that the exhibits raise issues collateral to the factual and legal issues in this case, and their introduction will result in a substantial waste of time and juror confusion. These exhibits were the subject of Defendant's motions *in limine*, and that motions are incorporated herein as if fully set forth. In accord with the Court's rulings during the hearing on the motions *in limine*, Defendant expects that Plaintiff will be required to lay sufficient foundation establishing

the relevance of each of his proffered individual exhibits before they are shown to the jury or offered into evidence. Defendant will then make a specific objection to each of the proffered exhibits based on the state of the evidence at that time.

DATED this 12th day of July, 2007.

UNIVERSITY OF WYOMING, by and through
its Board of Trustees, and
JAMES F. BROOMFIELD, M.D.,
Defendants

By: *(signature)*
Corinne E. Rutledge
James C. Kaste
Lathrop & Rutledge, P.C.
1920 Thomes Avenue, Suite 500
P.O. Box 4068
Cheyenne, WY 82003

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following, this 12th day of July, 2007:

Bruce T. Moats
Law Office of Bruce T. Moats, P.C.
2515 Pioneer Avenue
Cheyenne, WY 82001

*(signature)*